IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSE IBARRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-cv-00581-JPG-PMF |
| | ) | |
| DR. MARY LOFTIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 128) of Magistrate Judge Philip M. Frazier with regard to Defendants Dr. Mary Loftin and Nurse Kimberly Stephens (Doc. 99) for Summary Judgment. The Plaintiff did not file any objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court notes that mail sent to the Plaintiff has been returned as undeliverable and the Court provided the Plaintiff additional time to object to the R & R. The Plaintiff was previously advised that he was under a continuing obligation to keep the Clerk of Court and each opposing party informed of any change in his address and that the Court would not independently investigate his whereabouts.

Therefore, the Court has received no objection to the Report. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 128) and **GRANTS** Defendants Dr. Mary Loftin and Nurse Kimberly

Stephens' Motion (Doc. 99) for Summary Judgment.  The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:**  3/9/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**
